**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-7238

_____

LEE EDWARD JONES,

        Petitioner - Appellant,

   v.

EVELYN SEIFERT, Warden, Northern Regional Jail and
Correctional Facility; ATTORNEY GENERAL OF THE STATE OF WEST
VIRGINIA,

        Respondents - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Joseph R. Goodwin, Chief
District Judge.  (5:04-cv-00660)

_____

Submitted:  February 23, 2012    Decided:  February 27, 2012

_____

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Rosenthal, New York, New York, for Appellant.  Robert
David Goldberg, Assistant Attorney General, Charleston, West
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lee Edward Jones seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Jones has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before the court and argument would not aid the decisional process.

DISMISSED